# Third District Court of Appeal

## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0363
Lower Tribunal Nos. F16-19985B & F17-15648

_____

**Vanessa Anon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Vanessa Anon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.